UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES KENDELL WILKINSON,       )     No. SACV 12-1441 GAF (FFM)
                               )
                Petitioner,    )
                               )     ORDER TO SHOW CAUSE
          v.                   )
                               )
DOUG GINGRICH, Orange County   )
Probation,                     )
                Respondent.    )
_____)

On August 31, 2012, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"). The Petition challenges a June 21, 2010 conviction for perjury. Petitioner alleges that he was sentenced to 45 days of custody. Given that his petition for review of the conviction was denied on November 16, 2011 and that petitioner's address of record is located on a residential street in San Clemente, California, it appears that petitioner filed the Petition after the expiration of his sentence.

A federal district court "shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). *See also* 28 U.S.C. § 2241(c)(3). The "in custody" requirement of § 2254 must be satisfied for the court to have subject-matter jurisdiction. *Maleng v. Cook*, 490 U.S. 488, 490, 494, 109 S. Ct. 1923, 104 L. Ed. 2d

540 (1989) (per curiam); *Williamson v. Gregoire*, 151 F.3d 1180, 1182 (9th Cir. 1998). To satisfy that requirement, a habeas corpus petitioner must be "in custody" under the conviction or sentence under attack at the time his petition is filed. *Maleng*, 490 U.S. at 490-91 (citing *Carafas v. LaVallee,* 391 U.S. 234, 238, 88 S. Ct. 1556, 20 L. Ed. 2d 554 (1968)).

Under the circumstances, it does not appear that this Court has jurisdiction over the Petition.  Therefore, petitioner is ordered to show cause within 30 days of the date of this order why the Petition should not be dismissed for lack of jurisdiction.

IT IS SO ORDERED.


DATED: September 13, 2012


  /S/ FREDERICK F. MUMM  
FREDERICK F. MUMM
United States Magistrate Judge