## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 12-1441 GAF (FFM) | Date | November 27, 2012 |
|---|---|---|---|
| Title | JAMES KENDELL WILKINSON v. DOUG GINGRICH, ORANGE COUNTY PROBATION | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 18, 2012, the Court issued an Order Requiring Return to Petition. Pursuant to that order, respondent was required to file a notice of appearance by November 1, 2012. As of today's date, respondent has failed to file a notice of appearance. Respondent is ordered to file a notice of appearance by December 3, 2012 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

                                                                               Initials of Preparer      JM