UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENDELL WILKINSON,<br><br>            Petitioner,<br><br>   v.<br><br>DOUG GINGRICH, Orange County Probation,<br><br>            Respondent. | No. SACV 12-1441 GAF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and the judgment of conviction in the matter of *People v. James Kendell Wilkinson*, Case No. 08HF0420 in the California Superior Court for the County of Orange shall be VACATED. The attorneys of record herein are directed to ensure that the appropriate state authorities are notified of this ruling.

DATED: October 18, 2013

                                                                 GARY A. FEESS<br>
                                                                 United States District Judge