JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENDELL WILKINSON, | No. SACV 12-1441 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DOUG GINGRICH, Orange County Probation, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and that the judgment of conviction in the matter of *People v. James Kendell Wilkinson*, Case No. 08HF0420 in the California Superior Court for the County of Orange shall be VACATED.

DATED: October 18, 2013

_____
GARY A. FEESS
United States District Judge